# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALAN A. WILSON and BARBARA M. WILSON, | ) ) ) ) Case No. 14-2956 ) ) Judge St. Eve ) ) Magistrate Rowland ) ) ) ) |
| Plaintiffs, | |
| v. | |
| U.S. BANK, N.A., | |
| Defendant. | |

## STIPULATION OF DISMISSAL

All matters in dispute between the parties to the above-entitled action having been satisfactorily resolved;

IT IS HEREBY STIPULATED AND AGREED by the parties that plaintiff's individual claims should be dismissed with prejudice, and each party shall bear its own costs.

**ALAN A. WILSON**
**BARBARA M. WILSON**

*/s/William P. Petsche*
William P. Petsche
will@rmthelaw.com
RothMelei
454 West Virginia Street
Crystal Lake, Illinois 60014
815-356-8000

**U.S. BANK NATIONAL ASSOCIATION**

*/s/David F. Standa*
Thomas J. Cunningham
tcunningham@lockelord.com
David F. Standa
dstanda@lockelord.com
**LOCKE LORD LLP**
111 South Wacker Drive
Chicago, Illinois 60606
312.443.0700